1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11  LARRY WILSON,                     ) NO. CV 06-1616-MMM (MAN)
                                      )
12               Petitioner,          )
                                      )
13       v.                           ) JUDGMENT
                                      )
14  JOHN MARSHALL, WARDEN,            )
                                      )
15               Respondent.          )
    _____ )
16

17
         Pursuant to the Court's Order Adopting Findings, Conclusions, and
18
    Recommendations of United States Magistrate Judge,
19

20
         IT IS ADJUDGED that this action is dismissed with prejudice.
21

22
    DATED:  August 9, 2010.
23

24                                          _____
25                                               MARGARET M. MORROW
                                            UNITED STATES DISTRICT JUDGE
26

27

28